IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

MAY 2 6 2026

IN THIS OFFICE
U.S. District Court
Greensboro N.C.
By _____

UNITED STATES OF AMERICA

v.

MATTHEW NAPOLEON DELAHA CLARKE

1:26CR108-1

The Grand Jury charges:

COUNT ONE

On or about the March 20, 2026, in the County of Rowan, in the Middle District of North Carolina, MATTHEW NAPOLEON DELAHA CLARKE did unlawfully have in his possession 1322 checks drawn on both personal and business checking accounts which had been stolen, taken, and abstracted from United States Postal letter boxes and other mail receptacles which were authorized depositories for United States Mail, knowing said checks to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter; in violation of Title 18, United States Code, Section 1708.

COUNT TWO

On or about March 20, 2026, in the County of Rowan, in the Middle District of North Carolina, MATTHEW NAPOLEON DELAHA CLARKE did knowingly and unlawfully possess a key suited to the locks adopted by the United States Postal Service, that being a United States Postal Service Arrow

Key being suited to the locks on the United States Postal Service Collection Boxes, with the intent to use that key improperly and unlawfully; in violation of Title 18, United States Code, Section 1704.

COUNT THREE

On or about March 20, 2026, in the County of Rowan, in the Middle District of North Carolina, MATTHEW NAPOLEON DELAHA CLARKE knowingly and with intent to defraud, possessed fifteen or more unauthorized access devices, that is approximately twenty-one personal checking account numbers for accounts at Wells Fargo Bank, N.A., State Employees Credit Union, Bank of America, N.A., First National Bank, First Citizens Bank, Vast Bank, and Truist Bank, said possession affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and (c)(1)(A)(i).

COUNT FOUR

On or about March 20, 2026, in the County of Rowan, in the Middle District of North Carolina, MATTHEW NAPOLEON DELAHA CLARKE, during and in relation to a felony enumerated in Title 18, United States Code, 1028A(c), to wit: possession of fifteen or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3), as alleged in Count Three and incorporated herein by reference, knowingly did possess and

2

use, without lawful authority, a means of identification of another person, that is, the Wells Fargo, N.A., checking account number of a person whose initials are M.V., the Bank of America, N.A., checking account number of a person whose initials are R.D., the State Employees Credit Union checking account number of a person whose initials are J.H., and the Truist Bank checking account number of a person whose initials are A.P.; in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT FIVE

On or about March 20, 2026, in the County of Rowan, in the Middle District of North Carolina, MATTHEW NAPOLEON DELAHA CLARKE knowingly did possess in and affecting commerce a firearm, that is, a a Glock, 9mm handgun, having been convicted of a crime punishable by imprisonment

3

for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

*Frank J. Chut Jr. by NRD*

BY: FRANK J. CHUT, JR.
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

4